# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

SAMUEL H. MUKASA,                          Case No.: 1:98CV114-SMP/GJ

     Plaintiff,

vs.

SHANDS TEACHING HOSPITAL
& CLINICS, INC.,

_____ Defendants. _____/

## ORDER REGARDING DOCUMENTS IN PLAINTIFF'S POSSESSION

THIS CAUSE came before the court on Defendants *ore tennus* telephonic

motion for a protective order during the course of the depositions taken by plaintiff on

May 14, 1999. At that time, the court was asked to rule on multiple issues arising out

of Plaintiff's possession of various documents claimed to be the property of the

Defendant. After a proffer of evidence regarding the nature of the documents and how

they came to be in the possession of the Plaintiff, and argument of counsel as to their

possession and their use at deposition and trial, and the court being otherwise fully

advised in the premises it is hereby

1

OFFICE OF CLERK
U. S. DISTRICT
NORTH DI
GAIN

99 AUG 24 PM 1: 29

FILED

**ORDERED AND ADJUDGED:**

1.      Defendant is granted a protective order with regard to Plaintiff's possession of hospital records.  Plaintiff shall immediately return to defendant's counsel all documents in Plaintiff's possession which were taken without authorization from Defendant.

2.      Defendant may redact any portions of the documents that contain third party reference and proceed with the depositions and by so doing the Defendant does not waive any objection to or privilege concerning the aforesaid documents.

3.      The Defendant does not waive any civil or criminal cause of action against the Plaintiff arising out of Plaintiff's possession of the documents in question, and the continuation of the depositions shall not be a wavier of their rights.

4.      All such documents (i.e. the various documents in Plaintiff's possession claimed to be the property of Defendant) will be under an order of confidentiality and should be so designated to the court reporter who should attach those documents under seal.

5.      The order of confidentiality shall apply to all the documents so acquired by the Plaintiff, whether use in these depositions or any other deposition.

6.     All of the documents in question surrendered by Plaintiff to the Defendant, which are not attached to a deposition, shall be redacted to remove  any portions of the documents that contain third party reference for purposes of discovery and trial, and by so doing the defendant neither waives any objection to or privilege concerning the aforesaid documents.

**DONE AND ORDERED** this _2 4ᵗʰ_ day of August, 1999 *nunc pro tunc* May 14, 1999.

GARY JONES
UNITED STATES MAGISTRATE JUDGE

ENTERED ON DOCKET _____ BY _____
[Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP]
Copies mailed to: _____
_____

3