UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SAMUEL H. MUKASA,

    Plaintiff,

vs.                                    CASE NO.: 1:98cv114-SPM

SHANDS TEACHING HOSPITAL
AND CLINICS, INC., et al.,

    Defendants.
_____/

## ORDER DISMISSING ACTION

Upon notification by counsel that this action has been settled, pursuant to N.D. Fla. Loc. R. 16.2, it is

ORDERED AND ADJUDGED that this action is dismissed with prejudice. The Court retains jurisdiction for a period of ten (10) days for consummation of the settlement agreement.

DONE AND ORDERED this 24th day of September, 1999.

                Stephan P. Mickle
                United States District Judge

68