UNITED STATES DISTRICT COURT
NORHTERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SAMUEL H. MUKASA,

Plaintiff,

v                                          CASE NO. 1: 98cv114-SPM

SHANDS TEACHING HOSPITAL
& CLINICS, INC. et al.,

Defendant
_____/

MOTION REQUESTING DISCHARGE OF
PLAINTIFF`S COUNSEL:

Plaintiff SAMUEL H. MUKASA hereby requests the Court to discharge counsel for Plaintiff **N ALBERT BACHARACHA JR** from this cause. Plaintiff requests this relief because Plaintiff cannot file any motions without discharging his counsel. Plaintiff has just found out crucial information that was used against him which led to settlement of this case. This information was not presented to the court. Had the court known about this information, the ruling on this case could have been different and perhaps settlement would have been impossible.

WHEREFORE Plaintiff releases his counsel **N ALBERT BACHARACHA JR** from any responsibilities regarding this case.

70

## CERTIFICATE OF CERVICE:

**I HEREBY CERTIFY that a true and correct copy of the foregoing**

document has been served to N ALBERT BACHARACHA JR. 115NE 6TH AVE. Gainesville FL. 32601-3416. By US Mail this 28th day of September, 1999

Samuel H. Mukasa
734 NW 89th Street
Gainesville, FL, 32607

Case No. 1 98CV114-SPM

## CERTIFICATE OF SERVICE.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

to **Kevin Johnson,** Thompson, Sizemore & Gonzalez, 109 North Brush Street, Suite 200, Tampa FL. 33602

By US Mail this 28th Day of September, 1999.

Samuel H. Mukasa
734 NW 89th St.
Gainesville, FL. 32607