# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

SAMUEL H. MUKASA

    VS                          CASE NO. 1:98-cv-114 SPM

SHANDS TEACHING HOSPITAL

**REFERRAL AND ORDER**

Referred to Judge Stephan P. Mickle on September 30, 1999

Motion/Pleadings: Motion to Discharge Plaintiff's Attorney, ALBERT BACHARACH

Filed by Plaintiff on 9/28/99 Doc.# 70

RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

ROBERT A. MOSSING, CLERK

BY _____
Deputy Clerk: TiAnn Stark

2
LC (1 OR 2)

**ORDER OF COURT**

It is ORDERED this 1st day of October, 1999, the requested relief is GRANTED

_____
STEPHAN P. MICKLE
UNITED STATES DISTRICT JUDGE

ENTERED ON DOCKET 10/4/99 BY JJ
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies mailed to: Mukasa, Bacharach, _____

99 OCT -1 AM 11: 35

71