UNITED DISTRICT COURT
NORHTERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SAMUEL H. MUKASA**

**Plaintiff,**

**V**

**CASE NO. 1:98CV114-SPM**

**SHANDS TEACHING HOSPITAL & CLINICS, INC. et al.**

**Defendant.**

______________________________/

**PLAINTIFF'S NOTICE OF FILING**

Plaintiff, SAMUEL H. MUKASA, **(pro se)** files the following in support of **Motion Against Dismissal of Action.**

A. Document filed by plaintiff to the EEOC. This document was not altered. This document could not have been altered by plaintiff as SHANDS alleges since such a document is very crucial to plaintiff' s case. This error made by a white employee was graded as same to plaintiff' s error, in August 1996. This document shows that SHANDS had changed their style after plaintiff had exposed SHANDS discrimination policy. Plaintiff could NOT have altered this document.

FILED

73

B. Document **redacted** by plaintiff.

C. Original document produced by SHANDS. Defense counsel told the court that they could not find original since plaintiff had **redacted** information needed to find original. This is in reference to B above.

D. Document produced by defendant Redacted ( E – 8 )

E. Document provided by Plaintiff in reference to D. above.

F. Document provided by plaintiff. Document was **redacted** by plaintiff.

G. Document produced by SHANDS as original in reference to F. above.

H. Document provided by plaintiff as **redacted.**

I. Document produced by SHANDS as original in reference to H. above.

J. Document provided by plaintiff as **redacted**.

K. Document produced by SHANDS in reference to J. above.

L. Document provided by plaintiff as **redacted.**

M. Document produced by SHANDS in reference to L. above.

**CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiff' s notice of filing has been furnished to **Kevin D. Johnson,** Thompson, Sizemore & Gonzalez, Post Office Box 639, Tampa, FL 33601, by U.S. Mail, this 14th day of Oct., 1999.

Samuel H. Mukasa
734 NW 89th Street
Gainesville FL.32607
(352) 332-6347

HOSPITAL Gainesville, FL 3

A

DATE 7/23/96

| ANTISERA | Fy^a | Fy^b | Jk^a | Jk^b | M |
|---|---|---|---|---|---|
| MANUFACTURER | Gamma BCA | Gamma | Gamma | Gamma | |
| LOT # | FYA 436-1 | B4737 | JKA4 | JKB7502 | [illegible] |
| EXPIRATION DATE | 11/26/97 | 1/14/9[illegible] | 3/21/95 | 4/24/97 | 3/21/97 |
| POS. CONT. MFGR. | BCA III | BCA II | BCA | → | ORTHO |
| LOT # | 96210 | 96210 | 96210 | → | RB827 12 |
| RESULT / INTERP. | 4+ pos | 3+ pos | 4+ pos | 4+ pos | 4+ pos |
| NEG. CONT. MFGR. | BCA I | BCA II | BCA | BCA | BCA |
| LOT # | 96210 | 96210 | 96210 II | 96210 II | 96210 II |
| RESULT / INTERP. | 0 neg | 0 neg | 0 neg | 0 neg | 0 neg |
| TECH. | LJ | LJ | DM | DM | DM |

| ANTISERA | N | K | Le^a | P1 |
|---|---|---|---|---|
| MANUFACTURER | Gamma | Immucor BCA | BCA | Gamma |
| LOT # | N1471 | 12544 | A2350 | PMO7-1 |
| EXPIRATION DATE | 9/23/96 | 11/21/97 | 3-24-97 | 11-7-97 |
| POS. CONT. MFGR. | BCA | BCA | ORTHO 3 | ORTHO |
| LOT # | RB827 12 | 96210 I | RB827 | RB827 |
| RESULT / INTERP. | 4+ pos | 4+ pos | + pos | 4+ pos |
| NEG. CONT. MFGR. | BCA | BCA | ORTHO | ORTHO 2 |
| LOT # | 96210 | 96210 I | RB827 | RB827 |
| RESULT / INTERP. | 0 neg | 0 neg | 0 pos | 0 pos |
| TECH. | DM | DM | DJA | DJA |

| TECH | PATIENT OR UNIT # | RESULT / INTERPRETATION | TECH | PATIENT OR UNIT # | RESULT / INTERPRETATION |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| m | M52169 | 0 neg | | M52169 | 0 neg |
| | M53235 | 0 neg | | M53235 | 0 neg |
| | C66653 | 0 neg | | C66653 | 0 neg |
| | N08299 | 3 neg | | N08299 | 0 neg |
| | Y02418 | 3 neg | ✓ | Y02418 | 0 neg |

Tech ? B

Rev'd
8-1-96

DAT NOT DONE.

B

Hosp No: [illegible] Name: [redacted]

ABO RH: [illegible] Pos

Sex: F Race: [illegible] DOB: [illegible]

Special Component Instructions: Irrad CMV Neg Leuk Poor Washed

SHANDS HOSPITAL at the University of Florida

Patient History Card

Bone Marrow Transplant Patients

Date Transplanted ______ Give ______ PCs

Allo / Auto ______ Give ______ Plasma

Donor ABO RH ______

Date | MD | Tech | Indication

Special Instructions: [illegible]

Antibody 'D':

Diagnosis:

| Today's Date | Date Spec. Drawn | ID No. | Spec. No. | Computer Sample No. / Ab Screen / Unit No | Anti A B A1 | Rho | Cells | Interp. Compon. ABO RH | DAT | Interp. | Salt / 37° / AHG / CC | Interpretation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/21/96 | | M[illegible] 4916 | | 1148[illegible] | [illegible] | [illegible] | + C[illegible] | [illegible] | | | | |
| | | | | | | O/O | + | | | | | |
| 8/22/96 | | M[illegible] 4916 | | 1148[illegible] | [illegible] | C | | C [illegible] A [illegible] | | | | |
| | | | | K11478 | | | | A+ [illegible] | | | | |
| | | | | 2) [illegible] | | | | | | | | |
| | | | | 3) K11472 | | | | | | | | |
| | | | | 4) K11480 | | | | | | | | |
| 9/22/96 | 9/21/96 | [illegible] | 4916 | 11480-2 | [illegible] | [illegible] | + [illegible] | [illegible] | | | | |
| | | | | 1) K11353 | | | | A+ D5 | | | | |
| | | | | 2) K11353 | | | | | | | | |
| | | | | 3) [illegible] | | | | | | | | |
| | | | | 4) [illegible] | | | | | | | | |

Rev 2/93

DAT Not done on a $d^u$ positive patient. Supervisor reviewed.

ABO RH: [illegible]

Special Component Instructions (circle in red): Irrad CMV Neg Leuk Poor Washed

Hosp No: [illegible] 9340 Name: [redacted]

| Today's Date | Date Spec. Drawn | ID No | Spec No | Computer Sample No / Ab Screen / Unit No | Anti A B A1 | Rho | Cells | Interp. Compon. ABO RH | DAT | Interp. | Salt / 37° / AHG / CC | Interpretation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/21/96 | | | 4916 | | [illegible] | [illegible] + | | A Pos | | | | |

Patient Antigen Typing: A, Le^a, Le^b, M, N, S, s, P, C, E, c, e, K, Fy^a, Fy^b, Jk^a, Jk^b

Antibody 'D' Special Instructions

ABO / RH: A Pos

Special Component Instructions (circle in red)

| Irrad. | CMV Neg | Leuk. Poor | Washed | XM→AHG | (See |
|---|---|---|---|---|---|

Hosp. No.: 01029340 Name: Dean, Josephine

| Today's Date | Date Spec. Drawn | ID No. | Spec. No. | Computer Sample No. Ab Screen Unit No. | Anti A | Anti B | Anti A, B | Anti A1 | Rho Mono D | Rho D | Rho Cont | Rho Du | Cells A1 | Cells B | Interp. Compon. ABO / RH | DAT | Interp. | IS Sal | Incub / PM 37° | AHG | CC | Interpretation Remarks | Tech CL / |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/21/96 | | | 4916 | | 4+ | 0 | | | | 4+ | | | + | | A Pos | | | | | | | | |

Patient Antigen Typing

| | | | | | A | $Le^a$ | $Le^b$ | M | N | S | $\bar{s}$ | $P_1$ | C | $\bar{c}$ | E | $\bar{e}$ | K | $Fy^a$ | $Fy^b$ | $Jk^a$ | $Jk^b$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | |

Antibody ID: Special Instructions

| ANTISERA | SS | K | E | Jk^a | C | ANTISERA | | |
|---|---|---|---|---|---|---|---|---|
| MANUFACTURER | [illegible] | | | | | MANUFACTURER | | |
| LOT # | [illegible] D60 | | | | 56363 | LOT # | | |
| EX[PIRA]TION DATE | 3/6/97 2/27/97 | | | | 8-11-97 | EXPIRATION DATE | | |
| POS. CONT. MFGR. | Dade | | | | [illegible] | POS. CONT. MFGR. | | |
| LOT # | 0911 | | | | (1) | LOT # | | D |
| RESULT / INTERP. | pos | | | | pos | RESULT / INTERP. | | |
| NEG. CONT. MFGR. | Dade | | | | [illegible] | NEG. CONT. MFGR. | | |
| LOT # | 0911 | | | | (2) | LOT # | | |
| RESULT / INTERP. | neg | | | | | RESULT / INTERP. | | |
| TECH. | | | | | | TECH. | | |

| TECH | PATIENT OR UNIT # | RESULT / INTERPRETATION | | | TECH | PATIENT OR UNIT # | RESULT / INTERPRETAT[ION] |
|---|---|---|---|---|---|---|---|
| | R D664-5 | | | | | | |
| | M99394-1 | 0/neg | | | | | |
| | Fisher, Irene | 0/neg | | | | | |
| | P05819-9 | 0/neg | | | | | |
| | R08622-5 | 0/neg | | | | | |
| | R05670-X | | 0/neg | | | | |
| | R08663-1 | | [illegible]/pos | | | | |
| | 96692-6 | | 0/neg | | | | |
| | R08665-5 | | [illegible]/pos | | | | |
| | R03397-3 | | 0/neg | | | | |
| | R11633-7 | | [illegible]/pos | | | | |
| | R10564-9 | | [illegible]/pos | | | | |
| | R12637-X | | 0/neg | | | | |
| | R11835-6 | [illegible]/NEG | | | | | |
| | R08739-9 | 0/NEG | [illegible] | 0/NEG | | | |
| | M94508-8 | 0/NEG | 0/NEG | 0/NEG | | | |

E-8

[illegible]
3/4/97

Rev. 8/87

| ANTISERA | SS | K | E | Jk | C | ANTISERA |
|---|---|---|---|---|---|---|
| MANUFACTURER | Dade BCA | | | | | MANUFACTURER |
| LOT # | STA B 260 | | | | | LOT # |
| EXPIRATION DATE | 3/6/97 2/27/98 | | | | | EXPIRATION DATE |
| POS. CONT. MFGR. | Dade Ba | | | | | POS. CONT. MFGR. |
| LOT # | STA 0911 | | | | | LOT # |
| RESULT / INTERP. | pos | | | | | RESULT / INTERP. |
| NEG. CONT. MFGR. | Dade Ba | | | | | NEG. CONT. MFGR. |
| LOT # | STA 0651 | | | | | LOT # |
| RESULT / INTERP. | neg 0 neg | | | | | RESULT / INTERP. |
| TECH. | | | | | | TECH. |

E

| TECH | PATIENT OR UNIT # | RESULT / INTERPRETATION | TECH | PATIENT OR UNIT # | RESULT / INTERPRETATION |
|---|---|---|---|---|---|
| | R12664-5 | 0 neg | | | |
| | M99394-1 | 0 neg | | | |
| | [redacted] | 0 neg | | | |
| | R05819-9 | 0 neg | | | |
| | R08622-5 | 0 neg | | | |
| | R03670-X | 0 neg | | | |
| | R03663-1 | 4+ pos | | | |
| | M96612-6 | 0 neg | | | |
| | R03665-5 | 4+ pos | | | |
| | R-03597-8 | 0 neg | | | |
| | R11633 7 | 4+ pos | | | |
| | R10564-9 | 4+ pos | | | |
| | R12637-X | 0 neg | | | |
| | [illegible] | [illegible] | | | |
| | [illegible] | 0/NIL | | | |
| | [illegible] | 0/NIL | | | |

Controls not recorded

Rev. 8/8

**SHANDS HOSPITAL**
Blood Bank • University of Florida
Gainesville, FL 32610

## CORD WORKSHEET

F

| Date | Patient Name Check Type | MRH | Sample # | Spec # | Ant A | B | Cells A1 | B | O | D | Du ctl | Du Dup | Int | DAT /Int | Mother's name and Medical Record # | ABO & Rh | Screen Result | Rhogam | Tech/ comment | Rev. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/2/98 | ↓ | 973305 1951 | 5138 | | 0 | 0 | | | | ||||Obs O | C/ Neg | JANICE 127417 | O+ | Neg | | B | CO |
| | ↓ | 97.33.32 2095 | 2095 | | ||||||||| Abs O | O/ Neg | Michelle 973250 | A+ | Neg | | nsH | CO |
| 7/6 | | 973.667 11959 | 5203 | | ||||||||| Abs | | | | | | Bom BM | CO |
| | ↓ | 97260 | | | ||||||||| Obs | | | | | | | CO |
| | | 12134 #372 | | | ||||||||| Obs | | | | | | | |
| | | 973917 973.32.12 | 5390 5290 | | ||||||||| Bps Rh | | | | | | | |
| | | 97469 #5851 | 5460 | | ||||||||| | | | | | | | |
| | | 974233 974.42 6740 | 5483 | | ||||||||| Apos | | | | | | | |
| | | 974413 | 5522 | | ||||||||| Arf | | | | | | | |
| | | 974413 | | | ||||||||| Alx | | | | | | | |
| | | 107114 | 5563 | | ||||||||| Abs | Apos | | | | | | |
| | | | | | ||||||||| Apos | | | | | | | |
| | | 974541 | 5638 | | ||||||||| Obs | | | | | | | |
| | | 14585 | | | ||||||||| | | | | | | | |

**QA 2x**

**Description:**
Incomplete test results on
patient records

DAT not recorded on Cord Sheet
DAT reported as Neg in LIS

**Corrective Action:**
Barbara O - performed test
LO - Reviewed results

Hapley
973576 20
Regina
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
VIOLA
974548
AB-

A+

SHANDS HOSPITAL

Blood Bank • University of Florida
Gainesville, FL 32610

# CORD WORKSHEET

# G

| Date | Patient Name / Check Type | MR# / Sample # | Spec # | Anti A | Anti B | Cells A1 | Cells B | Cells O | D | ctl | Du Dup | Int | DAT /Int | Mother's name and Medical Record # | ABO & Rh | Screen Result | Rhogam | Tech/ comment | Rev. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/29/95 | Wesley, Female | 973305 | 5138 | 0 | 0 | | | | \|\|\|\| | | | O pos | 0 | JANICE | O+ | Neg | | [illegible] | CO |
| | ↓ ↓ | 1951 | | 0 | 0 | | | | \|\|\|\| | | | O pos | Neg | 127417 | | | | MSH | CO |
| 7/31 | McNabb, male | 97-33-32 | 3095 | \|\|\|\| | 0 | | | | \|\|\|\| | | | A pos | 0/Neg | Michelle | A+ | Neg | | Dam | CO |
| | ↓ | 3095 | | \|\|\|\| | 0 | | | | \|\|\|\| | | | A pos | | 973250 | | | | BM | CO |
| 8/1/95 | Monroe, Female | 973668 | 5508 | 0 | 0 | | | | \|\|\|\| | | | O pos | 0/neg | Nicole | O= | neg | yes 8/1 | [illegible] | [illegible] |
| | ↓ ↓ | 11839 | | 0 | 0 | | | | \|\| | | | O pos | | 144333 | | | | | |
| | Haas, Female | 973680 | 5212 | 0 | \|\|\|\| | | | | 0/0 | | 0/0 | B neg | 0/neg | mari | AB= | | NI | | [illegible] |
| | ↓ ↓ | 12134 | | 0 | \|\|\|\| | | | | 0/0 | | 0 | B neg | | 83-46-24 | | | | [illegible] | |
| 8/2/95 | Durre, Female | 973912 | 5390 | 0 | \|\|\|\| | | [illegible] | | \|\|\|\| | | | B pos | 0/Neg | Teresa | A= | Neg | set up 8/2 | [illegible] | |
| | ↓ | #372 | | 0 | \|\|\|\| | | 0 | | \|\|\|\| | | | B pos | | 973270 | | | | [illegible] | |
| | Durre, Female | 97-39-12 | 5390 | 0 | \|\|\|\| | | 0 | | | | | B pos | | correction | | | | CK | VH |
| 8/4/95 | Akers, Female | 974169 | 5460 | \|\|\|\| | 0 | 0/mf | | | \|\|\|\| | | | A pos | 0/neg | Jenny | O neg | | 8/4/95 | [illegible] | [illegible] |
| | | #5851 | | \|\|\|\| | 0 | | | | \|\|\|\| | | | A pos | | [illegible] | | | | | CK |
| | DeMedia, Male | 974233 | 5483 | \|\|\|\| | 0 | | 0/[illegible] | | \|\|\|\| | | | A pos | 0/neg | LAURA | B+ | Neg | | | [illegible] |
| | | 6730 | | \|\|\|\| | 0 | | [illegible] | | \|\|\|\| | | | A pos | | 973325 | | | | | [illegible] |
| 8/7/95 | Martin, Female | 974398 | 5579 | \|\|\|\| | 0 | | | | \|\|\|\| | | | A pos | 0/neg | Hopezg | A neg | 8/7/95 Neg | 8/7/95 | TAP | TAP |
| | | | | \|\|\|\| | 0 | | | | \|\| | | | A pos | | 96357620 | | | | CK | [illegible] |
| 8/7/95 | Reed, male | 974401 | 5583 | 0 | 0 | | | | \|\|\|\| | | | O pos | | Regina 3308-72 | A+ | | | TAP | TAP |
| | | | | 0 | 0 | | | | \|\|\|\| | | | O pos | | | | | | CK | [illegible] |
| 8/7/95 | Davidson, male | 974541 | 5638 | 0 | \|\|\|\| | 0/0 | 0/0 | | \|\|\|\| | | | B pos | | VIOLA | AB= | | ordered 8/7 [illegible] | [illegible] | CO |
| | | S#14869 | | 0 | \|\|\|\| | | | | \|\| | | | B pos | | 884148 | | | | [illegible] | |

7/95

H

NEED to ⟶ clarify on SOP.

Hosp No ___ Name: [redacted]

Date to begin X matching ___

ABO / RH: ___ Sex: ___ Race: ___ DOB 3-31-83 Special Component Instructions

Irrad | CMV Neg | Leuk Poor | Washed | XM—AHG

SHANDS HOSPITAL at the University of Florida

Patient History Card

Bone Marrow Transplant Patients

Date Transplanted ___ Give ___ PCs

Allo / Auto ___ Give ___ Plasma Units

Donor ABO / RH ___

Date | MD Tech | Indication

Special Instructions ___

Antibody ID ___

Diagnosis ___

| Today's Date | Date Spec Drawn | ID No | Spec No | Computer Sample No / Ab Screen / Unit No | Anti A / B / A,B / A1 | Anti D / D Cntl | Cells A1 / B | Interp ABO / RH | D | Interp | S sal | Incub RM / 37 AHG CC | Interpretation Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-20-95 | | LYA | | 2941 | Transfusion reaction workup | | | | | | | | |
| 6-2-95 | | LYA 4723 | 3097 | 8796 | O D | O | | Coag | | | | O O ✓ | |
| 8-7-95 | | LPH 9041 | 5617 | 4165 | OO | O | | Coag | | | | O O ✓ | |
| 8/7/95 | | LPM 9041 | | | | | | | | | | | |

Rev 5/91

Tech informed

8/8/95

Patient's Blood type was mistyped by a Supervisor on 8-7-95

C1

Hosp. No.: 95 19 70 Name: Reid, Owen Schaeffer

ABO / RH: O Pos

Sex: ______ Race: ______ DOB: 3-31-93

Date to begin X-matching: ______

**SHANDS HOSPITAL** at the University of Florida

**Patient History Card**

**Bone Marrow Transplant Patients**

Date Transplanted ______ Give ______ PCs

Allo Auto ______ Give ______ Plasma & plts

Donor ABO / RH ______

**Special Component Instructions**

| | Irrad. | CMV Neg | Leuk. Poor | Washed | XM→AHG | Other |
|---|---|---|---|---|---|---|
| Date | | 6/21/95 | | | | |
| MD · Tech | | [illegible] | | | | |
| Indication | | [illegible] | | | | |

Special Instructions: ______

Antibody ID: Cold Auto

Diagnosis: post BMT ALL

| Today's Date | Date Spec. Drawn | ID No | Spec No | Computer Sample No. Ab Screen Unit No | Anti A | Anti B | Anti A,B | Anti A1 | Rho Mono D | Rho D | Rho Ctl | Rho Du | Cells A1 | Cells B | Interp. Compon ABO / RH | DAT | Intero | IS sal | Incub / PM 37° | AHG | CC | Interpretation Remarks | Tech CL CK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6-20-95 | | LYA 9723 | 3000 | 2941 | transfusion reaction workup - appears okay | | | | | | | | | | O=PC | | | | | | | IRR | [illegible] |
| 6/21/95 | | LYA | 3077 | 8796 | 0 | 0 | | | 0 | | | | | | O neg | | | | | | | | [illegible] |
| | | 9723 | | I | | | | | | | | | | | | | | | 0 | 0 | ✓ | neg | |
| | | | | II | | | | | | | | | | | | | | | 0 | 0 | ✓ | neg | |
| | | | | III | | | | | | | | | | | | | | | 0 | 0 | ✓ | neg | |
| | | | | C5361? 1:2:3 | | | | | | | | | | | O=CP | | | 0 | 0 | 0 | ✓ | IRR comp | |
| 8-7-95 | | LPM | 5617 | 14165 | 0 | 0 | | | 0 | | | | | | O neg | | | | | | | | VH |
| | | 9041 | | I | | | | | | | | | | | | | | | 0 | 0 | ✓ | neg | |
| | | | | II | | | | | | | | | | | | | | | 0 | 0 | ✓ | neg | |
| | | | | III | | | | | | | | | | | neg | | | | 0 | 0 | ✓ | neg | |
| | | | | Q835 10:1 2 3 | | | | | | | | | | | O=CP | | | 0 | | | | Irrad. comp. | VH |
| 8/7/95 | | LPM 9041 | 5618 | Q82510 | | | | | | | | | | | O=CP | | | | 0 | 0 | ✓ | comp | [illegible] |

Rev 5/91

PS[illegible]99059 30

J

ABO: A NEG  Sex ____ Race ____  DCB 4/25/94  Special Component Instructions

Irrad  (CMV Neg)  Leuk Poor  Washed

Bone Marrow Transplant Patients
D. 5/2/94

SHANDS HOSPITAL
at the University of Florida

Patient History Card

Date Transplanted ________ Give ______ PCs
Allo / Auto ________ Give ______ Plasma 5 pks
Donor ABO / RH ________

Date | MD · Tech
Indication
Special Instructions: ________  Antibody ID ________
Diagnosis ________

TRACI

| Today's Date | Date Spec. Drawn | ID No. | Spec No | Computer Sample No Ab Screen Unit No | Ans | Rho | Cells | Interp Compon | Interp | Crossmatch |
|---|---|---|---|---|---|---|---|---|---|---|
| | | JKC | 9763 | 5475 | 440 | + | | BOAHS | | |
| | | 3111 | | I | | | | | | OO – NEG |
| | | | | II | | | | | | OO – |
| | | | | III | | | | | | OO – |
| | | S# 836 | | M94004:1213 | | | | O+CP | | CT |
| | S# 946 | | | | C13747:2 | | | AB+ FF | | SSC |
| | S# 1273 | | | | C13747:3 | | | AB+ FF | | SSC |
| | S# 2301 | | | H87357 | | | | O+CP | A NEG | |
| 5/1 | | JKC | 9763 | IS | 440 | O | | A NEG O NEG | | |
| | | 3111 | | 37 | | O O | | | | |
| | | | | AHG | | O O | | | | |
| | S# 2276 | | 9763 | IS | | O OOO | | | | REPEAT |
| | | | | 15'37C | | O OOO | | | | |
| | | | | AHG | | O OOO | | | | |

Rev 5/9 — MULTIPLE RUNS OF I.S. MONOCLONAL HUMAN CHECK RXN. SOMETIMES WT ESPECIALLY IF UNWASHED

Patient is Rh neg Rec Positive Blood ... instead of Rh neg Blood ... [illegible]

ABO RH: A NEG

Special Component Instructions (circle in red)

Hosp No. 908852  Na

Irrad  (CMV Neg)  Leuk Poor  Washed

| Today's Date | Date Spec Drawn | ID No | Spec No | Computer Sample No Ab Screen Unit No | Ans | Rho | Cells | Interp Compon | Interp | Crossmatch |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 9763 | | 440 | + | | A | | |
| | | | | | | | | | | 5/2 |

– DR KNIGHT CALLED FROM NI–3 © DISCREPANCY RECORD FROM AGH INDICATING BABY WAS Rh NEG
– RECORD + RETYPE © AGH CONFIRM ANEG CAT/N CORD BLOOD – ORTHO BIOCLONE AND – NO BLOOD TYPE ON ...
PER JOHN TRUITT – (NO TXNS © AGH)
– REPEAT TYPING → RH NEG (SOME W POS)
– KN. NOTIFIED – NO RHOGAM – GIVE RH NEG
SUGGEST FOLLOWUP © BIONNE + PCR
– REC'N 60 cc RH POS FFC IN O.R.

S# 2501 C14713:(2) O+CP 30 ...
– PRE TXN EDTA IN XM RACK © #9763

| | | JKC | 0830 | | 440 | | | OOAHS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 3142 | | I | | | | | | OO – NEG |
| | | | | II | | | | | | OO – |
| | | | | III | | | | | | OO – |
| | S# 315 | | | C14739 | | | | A–FF | | |

Patient Antigen Typing

| N | S | s | P1 | C | c | E | e | K | Fy a | Fy b | Jk a | Jk b | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | |

Antibody ID · Special Instructions

A-2

Hosp. No.: 908852 Name: SANDERS, GIRL

Date to begin X-matching: 8/28/94

ABO: A POS NEG  Sex: ____ Race: ____ DOB: 4/28/94

D. 5/2/94

SHANDS HOSPITAL at the University of Florida

**Patient History Card**

**Bone Marrow Transplant Patients**

Date Transplanted ______ Give ______ PCs

Allo / Auto ______ Give ______ Plasma & plts

Donor ABO / RH ______

**Special Component Instructions**

| | Irrad. | CMV Neg | Leuk. Poor | Washed | XM→AHG | Other |
|---|---|---|---|---|---|---|
| Date | | [illegible] | | | | |
| MD / Tech | | [illegible] | | | | |
| Indication | | | | | | |

Special Instructions: ______

Antibody ID: ______

Diagnosis: ______

K

| Today's Date | Date Spec. Drawn | ID No. | Spec. No. | Computer Sample No. / Ab Screen / Unit No. | Anti A | Anti B | Anti A,B | Anti A1 | Rho Mono | Rho D | Rho D | Rho Ctl | Cells A1 | Cells B | Interp. Compon. ABO / RH | DAT | Interp. | IS sal | Incub / PM 37° | AHG | CC | Interpretation Remarks | Tech CL / CK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/94 | | JKC | 9763 | 5475 | W | O | | | + | | | | O | O | A POS | | | | | | | | [illegible] |
| | | 3111 | | 1 | | | | | | | | | | | | | | | O | O | | — NEG | |
| | | | | 11 | | | | | | | | | | | | | | | O | O | | | |
| | | | | 111 | | | | | | | | | | | | | | | O | O | | | |
| 5/2/94 | | S# 886 | | M98004:1:213 | | | | | | | | | | | O+CP | | | | | | | CMV= 3/3PS | [illegible] |
| 5-2-94 | S# 946 | | | C13747:2 | | | | | | | | | | | AB+ FF | | (confirmed | | | | | SSCC | [illegible] |
| 5-2-94 | S# 1273 | | | C13747:3 | | | | | | | | | | | AB+ FF | | Baby 200K) | | | | | SSCC | [illegible] |
| 5/2/94 | S# 2501 | | | H87357:1 | | | | | | | | | | | O+CP | | [illegible] | | | | | CMV; 30cc | [illegible] |
| 5/2/94 | 5/1 | JKC | 9763 | IS | W | O | | | O | ★ | | | | | A NEG ONEG | | | | | | | | [illegible] |
| | | 3111 | | 37 | | | | | O | O | | | | | | | | | | | | | |
| | | | | AHG | | | | | ★O | O | ★ | | | | | | | | | | | | |
| 5/2/94 | S# 2276 | 9763 | | IS | | | | | O | O | O | O | | | | | | | | | | REPEAT | [illegible] |
| | | | | IS 37C | | | | | O | O | O | O | | | | | | | | | | | |
| | | | | AHG | | | | | O | O | O | O | O | | | | | | | | | | |

★ MULTIPLE RUNS OF IS. MONOCLONAL & HUMAN OVER RXN. SOMETIMES WT ESPECIALLY IF UNWASHED

PS1199059130M

ABO ... Special Component Instructions (circle in red)

| Irrad | CMV Neg | Leuk Poor | Washed | XM→AHG | Other (See below) |
|---|---|---|---|---|---|

| Today's Date | Date Spec Drawn | ID No | Spec No | Computer Sample No Ab Screen Unit No | Anti A | Anti B | A | B | Anti D | Interp Compat ABO Rh | Interp | Interp Remarks | Tech |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | | | [illegible] | | | | | | NEG | Pos | | | |

Patient Antigen Typing

| A | $Le^a$ | $Le^b$ | M | N | S | s | $P_1$ | C | c | E | e | K | $Fy^a$ | $Fy^b$ | $Jk^a$ | $Jk^b$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Antibody ID. Special Instructions

Patient's Rh type was mistyped by a Supervisor. Mistake Caught, during Crossmatching and brought to the Supervisor's attention for Correction.

M

B-2

ABO RH: O NEG

**Special Component Intructions**
*(circle in red)*

| Irrad. | CMV Neg | Leuk. Poor | Washed | XM→AHG | Other (See below) |
|---|---|---|---|---|---|

Hosp. No. 882612 Name: ESTEVEZ ANITA

| Today's Date | Date Spec. Drawn | ID No. | Spec. No. | Computer Sample No. / Ab Screen / Unit No. | Anti A | Anti B | Anti A, B | Anti A1 | Rho Mono D | Rho D | Rho Cd | Rho Du | Cells A1 | Cells B | Interp. Compon ABO/RH | DAT | Interp | IS sal | Incub PM 37° | Incub PM AHG | Incub PM CC | Interpretation Remarks | Tech CL CK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/3/95 | | | 3524 | | 0 | 0 | | | 0 | 0 | | | | | O neg | | | | | | | | VH |

| Patient Antigen Typing | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | A | a Le | b Le | M | N | S | s̄ | P | C | c̄ | E | ē | K | a Fy | b Fy | a Jk | b Jk |
| | | | | | | | | | | | | | | | | | | | | | |

**Antibody ID: Special Instructions**